UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DARIN BROCKINGTON,<br><br>                Plaintiff,<br><br>vs.<br><br>DEBORAH BROWN, in her individual capacity, NANCY SMITH, in her individual capacity, KATHERINE R. MAXWELL, in her individual capacity,<br><br>                Defendants. | Case No. CV-18-065-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

      Dated this 18th day of April, 2019.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ A.S. Goodwin
                                  A.S. Goodwin, Deputy Clerk

